

# United States District Court
# Eastern District of California

Luis Manuel GONGORA-Santos

Plaintiff(s)

V.

Christopher CHESTNUT, Warden, California City
Corrections Center, et al

Defendant(s)

Case Number:  1:26-cv-04303-TLN-JDP

APPLICATION FOR PRO HAC VICE
AND ~~PROPOSED~~ ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Marti L. Jones _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Luis Manuel Gongora-Santos

On 10/10/1990 _____ (date), I was admitted to practice and presently in good standing in the

UT State Bar, USDC UT District, UT Supreme (court). A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Please see attachment.

Date: 6/4/2024

Signature of Applicant: /s/ _____

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Marti L. Jones

Law Firm Name: STOWELL CRAYK, PLLC

Address: 4252 S. 700 E.

City: Millcreek   State: UT   Zip: 84107

Phone Number w/Area Code: (385) 528-1038

City and State of Residence: Millcreek, UT

Primary E-mail Address: marti@lawscb.com

Secondary E-mail Address: rebecca@lawscb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brett Parkinson

Law Firm Name: PARKINSON BENSON POTTER (PBP LAW)

Address: 100 Pine Street, Suite 1250

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: (415) 534-7970   Bar # 230150

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 5, 2026

_____
JUDGE, U.S. DISTRICT COURT