

# United States District Court
# Eastern District of California

| Luis Manuel GONGORA-Santos | Case Number: | 1:26-cv-04303-TLN-JDP |

Plaintiff(s)

V.

Christopher CHESTNUT, Warden, California City
Corrections Center, et al

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Daniel R. Black                                    hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Luis Manuel Gongora-Santos

On 10/16/2014                (date), I was admitted to practice and presently in good standing in the

UT State Bar, USDC UT District                (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 06/08/2026                    Signature of Applicant: /s/  Daniel R. Black

**Pro Hac Vice Attorney**

Applicant's Name: Daniel R. Black

Law Firm Name: STOWELL CRAYK, PLLC

Address: 2788 Washington Blvd.

City: Ogden    State: UT    Zip: 84401

Phone Number w/Area Code: (385) 355-9256

City and State of Residence: Ogden, UT

Primary E-mail Address: dan@lawscb.com

Secondary E-mail Address: rebecca@lawscb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brett Parkinson

Law Firm Name: PARKINSON BENSON POTTER (PBP LAW)

Address: 100 Pine Street, Suite 1250

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 534-7970    Bar # 230150

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 8, 2026

_____
JUDGE, U.S. DISTRICT COURT